US009892093B1

(12) **United States Patent**
Adamson, III

(10) **Patent No.: US 9,892,093 B1**

(45) **Date of Patent: Feb. 13, 2018**

(54) **APPARATUS OF A HAND-HELD DEVICE FOR EXPOSING NON-STANDARD FONTS IN A NETWORK DOCUMENT TO AN OPERATING SYSTEM**

(71) Applicant: **Clantech, Inc.**, Draper, UT (US)

(72) Inventor: **Robert G. Adamson, III**, Draper, UT (US)

(73) Assignee: **Clantech, Inc.**, Draper, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/197,389**

(22) Filed: **Jun. 29, 2016**

**Related U.S. Application Data**

(63) Continuation of application No. 14/793,643, filed on Jul. 7, 2015, now Pat. No. 9,405,735, which is a continuation of application No. 13/956,265, filed on Jul. 31, 2013, now abandoned, which is a continuation of application No. 11/443,664, filed on May 30, 2006, now Pat. No. 8,522,127, which is a continuation of application No. 09/906,444, filed on Jul. 16, 2001, now abandoned.

(51) **Int. Cl.**
| *G06F 17/00* | (2006.01) |
| *G06F 17/21* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *G06F 9/445* | (2018.01) |

(52) **U.S. Cl.**
CPC .............. *G06F 17/214* (2013.01); *G06F 8/61* (2013.01); *H04L 67/02* (2013.01); *H04L 67/34* (2013.01)

(58) **Field of Classification Search**
CPC .................................................... G06F 17/214
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,594,674 A | 6/1986 | Boulia et al. |
| 5,528,742 A | 6/1996 | Moore et al. |
| 5,583,978 A | 12/1996 | Collins et al. |
| 5,689,724 A | 11/1997 | Morgan et al. |
| 5,805,783 A | 9/1998 | Ellson et al. |
| 5,871,714 A | 2/1999 | Budny |
| 5,893,915 A | 4/1999 | Cordell et al. |
| 6,012,071 A | 1/2000 | Krishna et al. |

(Continued)

OTHER PUBLICATIONS

Dr. Dobb's True Type Font Secrets, Aug. 1, 1999, p. 1-7, available at URL: http://www.drdobbs.com/truetype-fontsecrets/184403680.

(Continued)

*Primary Examiner* — Amelia Tapp
(74) *Attorney, Agent, or Firm* — TraskBritt

(57) **ABSTRACT**

When a browsing computer navigates to a network document, such as a web page, the corresponding server also downloads computer readable formatting information necessary for the operating system of the browsing computer to render nonstandard characters within the network document. An installation module is also downloaded to the browsing computer. The installation module is loaded onto the browsing computer which in turn either permanently installs or temporarily exposes the operating system of the browsing computer to the computer readable formatting information. As a result, the operating system of the browsing computer is able to display the network document including the non-standard characters.

**21 Claims, 8 Drawing Sheets**



**US 9,892,093 B1**

Page 2

---

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,057,858 | A | 5/2000 | Desrosiers |
| 6,073,148 | A | 6/2000 | Rowe et al. |
| 6,189,018 | B1 | 2/2001 | Newman et al. |
| 6,271,865 | B1 * | 8/2001 | Yu ....................... H04M 1/247 |
| | | | 345/467 |
| 6,278,449 | B1 | 8/2001 | Sugiarto |
| 6,320,587 | B1 * | 11/2001 | Funyu .................. G06F 17/214 |
| | | | 345/467 |
| 6,323,865 | B1 | 11/2001 | Colletti |
| 6,324,500 | B1 | 11/2001 | Amro et al. |
| 6,330,577 | B1 | 12/2001 | Kim |
| 6,449,639 | B1 | 9/2002 | Blumberg |
| 6,452,597 | B1 | 9/2002 | Goldberg et al. |
| 6,504,554 | B1 | 1/2003 | Stone et al. |
| 6,512,531 | B1 | 1/2003 | Gartland |
| 6,552,728 | B1 | 4/2003 | Moore et al. |
| 6,584,480 | B1 | 6/2003 | Ferrel et al. |
| 6,614,541 | B1 | 9/2003 | Fritz et al. |
| 6,665,842 | B2 | 12/2003 | Nielsen |
| 6,707,942 | B1 | 3/2004 | Cortopassi et al. |
| 6,718,540 | B1 | 4/2004 | Azua et al. |
| 6,760,887 | B1 | 7/2004 | Taieb |
| 6,834,048 | B1 | 12/2004 | Cho et al. |
| 6,853,980 | B1 * | 2/2005 | Ying ..................... G06Q 30/06 |
| | | | 705/26.62 |
| 7,013,289 | B2 | 3/2006 | Horn et al. |
| 7,024,471 | B2 | 4/2006 | George |
| 7,194,624 | B1 | 3/2007 | Harris |
| 7,210,099 | B2 | 4/2007 | Rohrabaugh et al. |
| 2001/0054049 | A1 | 12/2001 | Maeda et al. |
| 2002/0107887 | A1 | 8/2002 | Cousins |

OTHER PUBLICATIONS

Turner, "Glyph Hell: An introduction to glyphs, as used and defined in the Free Type engine", version 1.0 (html version), Jan. 14, 1998, p. 1-16, available at http://www.physiol.med.tu-muenchen.de/-robert/freetype.html.

Dirk Eddelbuttel and William L. Goffe. 1999. Display and Interactive Languages for the Internet: HTML, PDF, and Java. Comput. Econ. 14, 1-2 (Oct. 1999), pp. 89-107.

PC Tools by Symantec, "Are You Missing Fonts from the Fonts Folder?" p. 1-2, retrieved from http://www.pctools.com/guides/registry/detail/278/ last modified Feb. 23, 1999. Last accessed Apr. 27, 2017.

* cited by examiner



Figure 1



Figure 2



Figure 3A



Figure 3B



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8

US 9,892,093 B1

1

# APPARATUS OF A HAND-HELD DEVICE FOR EXPOSING NON-STANDARD FONTS IN A NETWORK DOCUMENT TO AN OPERATING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of and claims priority under 35 U.S.C. § 120 to U.S. patent application Ser. No. 14/793,643, titled "ALLOWING OPERATING SYSTEM ACCESS TO NON-STANDARD FONTS IN A NETWORK DOCUMENT, filed Jul. 7, 2015, now U.S. Pat. No. 9,405, 735, issued Aug. 2, 2016, which is a continuation of U.S. patent application Ser. No. 13/956,265, titled "ALLOWING OPERATING SYSTEM ACCESS TO NON-STANDARD FONTS IN A NETWORK DOCUMENT," filed Jul. 31, 2013, now abandoned, which is a continuation of U.S. patent application Ser. No. 11/443,664, titled "ALLOWING OPERATING SYSTEM ACCESS TO NON-STANDARD FONTS IN A NETWORK DOCUMENT" filed May 30, 2006, now U.S. Pat. No. 8,522,127 which claims priority under 35 U.S.C. § 120 to U.S. patent application Ser. No. 09/906,444, titled "ALLOWING OPERATING SYSTEM ACCESS TO NON-STANDARD FONTS IN A NETWORK DOCUMENT" filed Jul. 16, 2001, now abandoned, the contents of which are all incorporated by reference herein.

## BACKGROUND OF THE INVENTION

### 1. The Field of the Invention

The present invention relates to the field of computer font technology. In particular, the present invention relates to methods, systems and computer program products for allowing characters of fonts that are not standard to an operating system of a computer to be displayed and/or otherwise used by the operating system of the computer.

### 2. Relevant Technology

Authors are in the business of conveying a message through the skillful and artistic use of characters often referred to as "text". In addition to the message read from the text, authors are often also concerned with the impression made by the visual appearance of the text. For example, a skilled author would not draft a technical document using the font style of a child's picture book as doing so would diminish the seriousness and professionalism of the work.

Recently, network sites, such as Internet web sites, have been made available as a new authoring medium. For example, an author using an authoring program loaded on a computer can write an electronic document, such as a web page. The authoring program may contain a number of unique or non-standard fonts that allow the author to create the electronic document so as to have a unique or desired appearance. In general, a font is simply a set of characters having a predefined typeface or configuration. Once created, the electronic document is stored on a server. A reader can then request and download the electronic document for display on the reader's computer.

Authors of conventional printed material can generally feel assured that, unless there is some damage to the printed material, the printed material will appear to the reader precisely as it was generated by the author. In contrast, electronic documents requested by a reader are displayed on the reader's computer using only the fonts that are currently

2

loaded on the reader's computer. Accordingly, if the reader's computer does not contain the same fonts that were used by the author in creating the electronic document, the electronic document is displayed on the reader's computer in a form different than that originally created by the author. Generally, the operating system of the reader's computer replaces the unknown fonts with known fonts when displaying the electronic document.

Several attempts have been made to ensure that electronic documents made with non-standard fonts are displayed on a reader's computer in the same form, i.e., same font(s), as created by the author. One commonly used method is to represent the text as images in a digital format, such as bitmaps or jpeg files. These digital images, however, cannot be resized without a loss of quality. For example, if a digital picture of a text character is enlarged, the resolution of the text character is also enlarged, thereby degrading the visual appearance of the character both on the screen and in print.

Furthermore, characters represented as image files are typically much larger than characters represented by fonts. Accordingly, using an image file increases the size of the electronic document, thereby increasing its download time. In addition, image files take longer to display on a screen. Thus, operations such as scrolling that require an image to be frequently rendered are slowed down and otherwise degraded. Finally, characters represented as image files cannot be stylized. For example, such characters cannot be italicized.

In another attempted solution, a first computer includes a document builder that receives input text so that the input text may be represented in the document. The input text is originally defined using pre-defined font descriptions. The document builder then creates a new font description (hereinafter called a "proprietary vector font description") for the input text with the aid of a character shape recorder. The proprietary vector font description is then placed in the document. The first computer system then delivers the document to a second computer system.

The second computer system includes a character shape player which is uniquely configured to interpret the proprietary vector font descriptions included in the document. If the second computer system does not already have the character shape player, the character shape player may be downloaded with the document.

Although this latter solution improves upon the prior state of the art, the proprietary vector font description is not standard to a reader's operating system. Accordingly, this solution requires the use of the character shape player by every reader's computer that is to display an electronic document containing the proprietary vector font. Many applications may not be configured to access the services of the character shape player. Accordingly, this solution does not allow the fonts represented by the proprietary vector font description to be freely copied and pasted into or otherwise used, such as by printing, by other applications that do not access the services of the character shape player. In addition, even if an application had access to the object player mechanism, the fonts cannot be rendered as efficiently as they could if the operating system itself was capable of interpreting the fonts. Accordingly, operations such as scrolling of the fonts is sluggish.

Therefore, what are desired are methods, systems, and computer program products for allowing characters of fonts that are not standard to an operating system of a reader's computer to be conveniently used by the operating system to facilitate viewing, copying, pasting, printing, and/or editing of the characters in different applications.

US 9,892,093 B1

3

## BRIEF SUMMARY OF THE INVENTION

The present invention extends to methods, systems, computer program products and data structures for allowing an operating system to have access to characters of non-standard fonts included in a network document. In one embodiment, a browser loaded on a computer navigates to a network document, such as a web page, that is hosted by a server. In an alternative embodiment, the network document can be any HTML document stored on any form of computer readable medium that can be opened by a browser. The network document contains characters that are defined by "non-standard fonts," i.e., fonts that are not loaded on the requesting computer and thus the corresponding characters cannot be displayed or otherwise used by the operating system thereof.

To enable the computer requesting or opening the network document to generate the characters defined by the non-standard fonts, a font package containing computer readable formatting information necessary for an operating system to render the corresponding characters is provided. The formatting information defines the configuration of each character for a corresponding font using standard font file formats such as a scaleable outline format. Installation software is also provided. The font package and installation software can be downloaded off of the sever or otherwise loaded onto the computer.

The computer automatically executes the installation software which in turn either permanently installs or temporarily exposes the computer readable formatting information to the operating system so as to enable the operating system to render the characters of the non-standard fonts. As a result, the network document is generated and displayed by the computer using the same characters with which it was originally created.

Furthermore, in one embodiment the installation or exposure of the computer readable formatting information is done in a manner that the operating system of the computer has at least temporary access to utilize the characters of the nonstandard fonts. That is, the operating system is able to use the characters of the nonstandard fonts in the same way that it uses characters of original standard fonts. The operating system is thus able to efficiently copy, paste, print, modify, and otherwise edit the characters of the non-standard fonts.

## BRIEF DESCRIPTION OF THE DRAWINGS

To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. **1** is a schematic diagram of an example of a system that provides a suitable operating environment for the present invention;

FIG. **2** is a schematic diagram of a network architecture in which a developer computer can post a network document, to a server for access by browsing computers;

FIG. **3**A is a schematic diagram of an architecture that may be used to develop the network document as shown in

4

FIG. **2** containing non-standard characters so as to facilitate delivery of the non-standard characters to the browsing computers;

FIG. **3**B is a schematic diagram of an alternative design of the architecture shown in FIG. **3**A;

FIG. **4** illustrates an example of a data structure that may be used to deliver the non-standard characters to the browsing computers;

FIG. **5** is a flowchart showing one method of operation of the present invention;

FIG. **6** is a schematic diagram of an installation module operating between a browser and an operating system;

FIG. **7** is a schematic diagram of an HTML network document incorporating features of the present invention; and

FIG. **8** is a schematic diagram of an email based network document incorporating features of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention extends to methods, systems, computer program products and data structures for allowing an operating system to have access to characters of non-standard fonts included in a network document. In one embodiment, a browser loaded on a computer navigates to a network document, such as a web page, that is hosted by a server. In an alternative embodiment, the network document can be any HTML document stored on any form of computer readable medium that can be opened by a browser. The network document contains characters that are defined by "non-standard fonts," i.e., fonts that are not loaded on the requesting computer and thus the corresponding characters cannot be displayed or otherwise used by the operating system thereof.

To enable the computer requesting or opening the network document to generate the characters defined by the non-standard fonts, a font package containing computer readable formatting information necessary for an operating system to render the corresponding characters is provided. The formatting information defines the configuration of each character for a corresponding font using standard font file formats such as a scaleable outline format. Installation software is also provided. The font package and installation software can be downloaded off of the sever or otherwise loaded onto the computer.

The computer automatically executes the installation software which in turn either permanently installs or temporarily exposes the computer readable formatting information to the operating system so as to enable the operating system to render the characters of the non-standard fonts. As a result, the network document is generated and displayed by the computer using the same characters with which it was originally created.

Furthermore, in one embodiment the installation or exposure of the computer readable formatting information is done in a manner that the operating system of the computer has at least temporary access to utilize the characters of the nonstandard fonts. That is, the operating system is able to use the characters of the nonstandard fonts in the same way that it uses characters of original standard fonts. The operating system is thus able to efficiently copy, paste, print, modify, and otherwise edit the characters of the non-standard fonts.

Embodiments within the scope of the present invention include computer-readable media for carrying or having computer-executable instructions or data structures stored

US 9,892,093 B1

5

thereon. Such computer-readable media can be any available media that can be accessed by a general purpose or special purpose computer. By way of example, and not limitation, such computer-readable media can comprise physical storage media such as RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to carry or store desired program code means in the form of computer-executable instructions or data structures and which can be accessed by a general purpose or special purpose computer.

When information is transferred or provided over a network or another communications connection (either hardwired, wireless, or a combination of hardwired and wireless) to a computer, the computer properly views the connection as a computer-readable medium. Thus, any such connection is properly termed a computer-readable medium. Combinations of the above should also be included within the scope of computer-readable media. Computer-executable instructions comprise, for example, instructions and data which cause a general purpose computer, special purpose computer, or special purpose processing device to perform a certain function or group of functions.

FIG. **1** and the following discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. Although not required, one embodiment of the invention will be described in the general context of computer-executable instructions, such as program modules, being executed by computers in network environments. Generally, program modules include routines, programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Computer-executable instructions, associated data structures, and program modules represent examples of the program code means for executing steps of the methods disclosed herein. The particular sequence of such executable instructions or associated data structures represents examples of corresponding acts for implementing the functions described in such steps.

Those skilled in the art will appreciate that the invention may be practiced in network computing environments with many types of computer system configurations. The term "computer" as used herein is broadly intended to include personal computers, hand-held devices such as personal information managers (PIMs), multi-processor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, and the like. The term "computer" also includes distributed computing environments where tasks are performed by local and remote processing devices that are linked (either by hardwired links, wireless links, or by a combination of hardwired or wireless links) through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

With reference to FIG. **1**, one example of a system for implementing the invention includes a general purpose computing device in the form of a conventional computer **120**. Conventional computer **120** includes a processing unit **121**, a system memory **122**, and a system bus **123** that couples various system components including the system memory **122** to the processing unit **121**. The system bus **123** may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory includes read only memory (ROM) **124** and random access memory (RAM) **125**. A basic input/output

6

system (BIOS) **126**, containing the basic routines that help transfer information between elements within the computer **120**, such as during start-up, may be stored in ROM **124**.

The computer **120** may also include a magnetic hard disk drive **127** for reading from and writing to a magnetic hard disk **139**, a magnetic disk drive **128** for reading from or writing to a removable magnetic disk **129**, and an optical disk drive **130** for reading from or writing to removable optical disk **131** such as a CD-ROM or other optical media. The magnetic hard disk drive **127**, magnetic disk drive **128**, and optical disk drive **130** are connected to the system bus **123** by a hard disk drive interface **132**, a magnetic disk drive-interface **133**, and an optical drive interface **134**, respectively. The drives and their associated computer-readable media provide nonvolatile storage of computer-executable instructions, data structures, program modules and other data for the computer **120**. Although the exemplary environment described herein employs a magnetic hard disk **139**, a removable magnetic disk **129** and a removable optical disk **131**, other types of computer readable media for storing data can be used, including magnetic cassettes, flash memory cards, digital versatile disks, Bernoulli cartridges, RAMs, ROMs, and the like.

Program code means comprising one or more program modules may be stored on the hard disk **139**, magnetic disk **129**, optical disk **131**, ROM **124** or RAM **125**, including an operating system **135**, one or more application programs **136**, other program modules **137**, and program data **138**. A user may enter commands and information into the computer **120** through keyboard **140**, pointing device **142**, or other input devices (not shown), such as a microphone, joy stick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit **121** through a serial port interface **146** coupled to system bus **123**. Alternatively, the input devices may be connected by other interfaces, such as a parallel port, a game port or a universal serial bus (USB). A monitor **147** or another display device is also connected to system bus **123** via an interface, such as video adapter **148**. In addition to the monitor, personal computers typically include other peripheral output devices (not shown), such as speakers and printers.

The computer **120** may operate in a networked environment using logical connections to one or more remote computers, such as remote computers **149**a and **149**b. Remote computers **149**a and **149**b may each be another personal computer, a server, a router, a network PC, a peer device or other common network node, and typically include many or all of the elements described above relative to the computer **120**, although only memory storage devices **150**a and **150**b and their associated application programs **136**a and **136**b have been illustrated in FIG. **1**. The logical connections depicted in FIG. **1** include a local area network (LAN) **151** and a wide area network (WAN) **152** that are presented here by way of example and not limitation. Such networking environments are commonplace in office-wide or enterprise-wide computer networks, intranets and the Internet.

When used in a LAN networking environment, the computer **120** is connected to the local network **151** through a network interface or adapter **153**. When used in a WAN networking environment, the computer **120** may include a modem **154**, a wireless link, or other means for establishing communications over the wide area network **152**, such as the Internet. The modem **154**, which may be internal or external, is connected to the system bus **123** via the serial port interface **146**. In a networked environment, program mod-

US 9,892,093 B1

7

8

ules depicted relative to the computer **120**, or portions thereof, may be stored in the remote memory storage device. It will be appreciated that the network connections shown are exemplary and other means of establishing communications over wide area network **152** may be used.

FIG. **1** is provided by way of illustration only. The principles of the present invention may be implemented in any operating environment that is able to implement the principles of the present invention. For example, given suitable software and/or adaptation, general-purpose computers, special-purpose computers or special purpose processing devices (whether now developed or to be developed in the future) might implement the principles of the present invention. In addition, the principles of the present invention may be implemented by software, hardware, firmware or any combination thereof.

FIG. **2** illustrates a typical network environment **200** in which one embodiment of the present invention is incorporated. Network environment **200** includes a developer computer **201** and a browsing computer **204**. Browsing computer **204** is loaded with a network browser **205**, such as MICROSOFT Internet Explorer or NETS CAPE NAVIGATOR, and is selectively coupled in electrical communication with a network **206**. Network **206** can comprise one or more LANs such as LAN **151** and/or one or more WAN s such as WAN **152** as described with FIG. **1**. In the embodiment depicted, network **206** includes a server **203**. Server **203** can comprise a conventional Internet server or any other type or combination of computers as previously discussed herein. Browser **205** is configured to enable browsing computer **204** to access and communicate with server **203**.

As used herein, the term "developer computer" and "browsing computer" is each intended to include "computers" as previously defined herein. One example of developer computer **201** and browsing computer **204** is computer **120** as discussed with regard to FIG. **1**. In one embodiment as depicted in FIG. **2**, one or more additional browsing computers **204***a-b* can also be electrically coupled with network **206**. Likewise, although not required, developer computer **201** can also be electrically coupled with network **206** through a network browser.

Developer computer **201** is used to create a network document **202**. Network document **202** is shown as being hosted or stored on server **203**. As used herein, the term "network document" is intended to mean any form of an electronic file that can have a display character embedded therein, attached therein, referenced therein, such as through a link, or can otherwise be associated therewith.

The term "character" as used herein is intended to mean any discrete letter, number, symbol, design, mark, sign, figure, text, or the like that is currently known or created in the future. With regard to computer code, a "character" also includes a bit value qualified by a corresponding font or default font. For example, as an HTML document, such as a web page, is created, the text which is to be displayed during normal viewing is typed in and bounded on each side by a specific font tag. The font tag defines the name of the font, such as Times New Roman or Courier. The computer reads each of the characters of the text as a numerical bit value. As an operating system processes the HTML document, the operating system read the font tag and determines whether a font file corresponding to the font tag is loaded in the standard font directory. Each font file includes the formatting information necessary for the operating system to render each character of the font.

If the font file corresponding to the font tag is loaded in the standard font directory, the operating system determines the bit value of each character and then renders each character by matching the bit value to the formatting information in the corresponding font file. Accordingly, although the letter "A" may always have the same bit value, its configuration can be changed by simply associating it with different font tags. Accordingly, in one embodiment computer executable instructions identifying a display character includes the bit value for a character and the font or default font qualifying the bit value.

The term "display character" as used herein means the characters of a network document which are intended to be or can selectively be displayed during normal viewing of the network document. "Display characters" are in contrast to computer executable instructions or source code comments.

The term "non-standard character" is intended to mean display characters of a network document for which the corresponding formatting information is not loaded on or otherwise available to a browsing computer for rendering the character prior to requesting or otherwise receiving the network document. It is appreciated that the determination of whether a character qualifies as a non-standard character is based solely upon what formatting information is loaded upon or otherwise available to a discrete browsing computer. As different browsing computers may have different fonts and corresponding formatting information available thereon, a list of non-standard characters for a discrete network document can change between different browsing computers even if the network document remains the same.

Furthermore, as used herein, a "font" defines one or a group of characters each having a defined configuration. There are thousands of different known fonts. Examples of conventional letter fonts include the characters associated with Times New Roman, Arial, and Courier. Examples of conventional symbol fonts found on MICROSOFT Word 2000 include the characters associated with Symbol, Tahoma, and WP Math A. Furthermore, just as an infinite number of different characters can be created, it is appreciated that an infinite number of unique and different fonts can be created.

By way of example and not by limitation, "network documents" can include web pages and other forms of electronic files that can be posted on the Internet; email communications including those that have an HTML document attached thereto; and an HTML document that has embedded therein or reference to any form of application file that contains a display character. Examples of such application files include text files, WORDPERFECT files, power point presentation files, and other special application files.

FIG. **3**A illustrates one embodiment of developer computer **201** of FIG. **2** having a developer application program **301** loaded thereon. In one embodiment, developer application program **301** includes a document builder **302** that allows an author to generate network document **202**. For example, document builder **302** can be any type of existing program, such as MICROSOFT FRONTPAGE or MICROSOFT Word, or a specially written program which is capable of forming an HTML document.

Developer application program **301** also includes a character packager **303**. One function of character packager **303** is to generate a font package **304** that is incorporated into or linked to network document **202**. As discussed below in greater detail, font package **304** includes the formatting information necessary for the operating system of browsing computer **204** to generate one or more display characters, generally non-standard characters, when browsing computer **204** downloads and displays network document **202**.

US 9,892,093 B1

9

That is, as previously discussed, one of the problems of the prior art is that an increasing number of electronic documents are being created using unique characters wherein corresponding formatting information is not loaded on or otherwise available to a browsing computer, i.e., non-standard characters. Accordingly, when a browsing computer downloads the electronic document over a network or otherwise receives and opens the electronic document, the electronic document is displayed on the browsing computer without the non-standard characters or by replacing the non-standard characters with other characters that are available to the browsing computer. In any event, the electronic document is displayed in a format different from that intended at its creation.

In part, character packager **303** identifies the display characters used in network document **202** that are to be included in font package **304**. Character packager **303** is a program that can be written in C++ or other languages and may run as either a standard desktop application or within a web browser via its own plugin technology. The identification of the display characters can be accomplished in a variety of different ways. By way of example and not by limitation, in one embodiment a user interface **305** allows the author or another to identify specific characters, groups of characters, or entire fonts that are to be included within font package **304**. For example, character packager **303** can enable manual input, manual highlighting, manual selection from a table, and/or other form of manual selection of the specific characters, groups of characters, and/or fonts which are to be included in font package **304**. This selection of characters can be accomplished either before, during, or after the creation of network document **202**.

In general, the characters and/or groups which are selected include those characters which the individual making the selection believes the corresponding formatting information is most likely not loaded on or otherwise available to browsing computer **204** which will ultimately display network document **202**. In one embodiment, rather than selecting specific characters that are actually used on network document **202**, character groups and/or fonts can be selected even if all of the characters of a group or font are not used within network document **202**. In yet another embodiment, all fonts where at least one character thereof is used within network document **202** can be selected for inclusion in font package **304**.

Alternatively or in addition to user interface **305**, a document examiner **306** can be used. Document examiner **306** examines network document **202** and, based on preestablished parameters, automatically selects characters, character groups, and/or fonts for incorporation into font package **304**. For example, in one embodiment document examiner **306** can contain a list of characters, character groups, and/or fonts (hereinafter, "character list"), selected from the entire inventory of characters and fonts available for use by document builder **302** in the creation of document **202**, which are considered likely to be non-standard characters to browsing computer **204**. For example, the character list may correspond to those characters or fonts which are not standard to WINDOWS 2000 or some other predefined operating system.

Simultaneously with or subsequent to the creation of network document **202**, document examiner **306** searches network document **202** and identifies all characters within document **202** that are found on the character list. The identified characters are then incorporated into character packager **303**. Alternatively, document examiner **306** can search electronic document **202** and identify all of the fonts

10

used therein that are located on the character list. The identified fonts are then incorporated into character packager **303**. It is appreciated that there are a variety of different ways in which document examiner **306** can select the characters or fonts. For example, document examiner **306** can also include a list of standard characters and/or fonts and then review network document **202** to identify those characters and/or fonts that are not on the standard list.

As the different characters, character groups, and/or fonts are selected by user interface **305** and/or document examiner **306**, character packager **303** creates corresponding font files **312**. Each font file **312** has a font name and corresponds to a defined character, group of characters, or entire font. Specifically, each font file **312** includes all of the computer readable formatting information necessary for a computer operating system to render each of the characters associated with the corresponding font file **312**. Although the amount of formatting information can vary, the type of formatting information is generally the same as that for standard fonts. For example, the formatting information is sufficient to enable display, printing, copying, pasting, and other conventional forms of manipulation such as bolding, underlining, strikeout, and the like.

The formatting information can be in any standard font file format. In one embodiment, the formatting information is in a scaleable outline form such as TRUETYPE. Examples of other formats include raster and stroke. It is appreciated that meta files can also be used.

Although each font file **312** can include formatting information for only one character, more often, each font file **312** includes information on a group of characters or a complete font. For example, document examiner **306** can be used to select all characters of a given font used within network document **202**. This group of characters, which is typically less than the entire font, is assigned to a specific font file **312**. The file is typically given a name other than the conventional font name so that the sub-set of the font does not accidentally replace the complete font which may already be loaded on a browsing computer.

Character packager **303** also creates a discrete control object **314** for each corresponding font file **312**. Contained within each control object **314** is select handling information which can be used to selectively enhance, manipulate, or otherwise alter the characters within the corresponding font file **312**. By way of example and not by limitation, the handling information can facilitate stretching, twisting, looping, unique shadowing, or any other manipulation of characters that is not standard to an operating system. For example, the handling information generally does not include the information necessary for bolding, underlining, strikeout, italicizing, outlining, and the like.

Once font files **312** and control objects **314** are completed, character packager **303** combines and compresses font files **312** and control objects **314** so as to form font package **304**.

FIG. **4** illustrates one embodiment of a data structure for font package **304**. As shown therein, font package **304** includes a general header **601** that contains general information about font package **304** in an uncompressed state. A document header **602** is in a compressed state and includes general document and version information.

The discrete font files **312** are also located within font package **304** in a compressed state. For each font file **312** has a corresponding character object **603**. Character objects **603** are substantially the same as control objects **314** in that each character object **603** includes the handling information for the characters of the corresponding font file **312**. Unlike control objects **314**, however, character objects **603** specifi-

US 9,892,093 B1

11

cally reference the corresponding font file **312** so as to facilitate handling of the characters.

For example, character objects **603** include one or more character objects such as character object A (labeled **604**) and character object B (labeled **605**). Each character object references and describes handling and version information for a corresponding font file of font files **312**. For example, character object A references and describes corresponding handling and version information for font file A (labeled **607**), and character object B references and describes corresponding handling and version information for font file B (labeled **608**).

In one embodiment, character packager **303** can also encrypt font package **304**. It is appreciated that the data structure of font package **304** can have a variety of different configurations and that the files therein need not be compressed. Furthermore, in one embodiment, control objects **314** and character objects **603** can be eliminated. That is, where it is only desired to generate the characters as opposed to the additional handling thereof, font package **304** can be created with only font files **312**.

Once font package **304** has been generated, it is assigned an extension such as, for example, ".TRZ". In one embodiment, font package **304** is imbedded directly within network document **202**. Alternatively, font package **304** can be stored in a different directory than network document **202** at server **203** and can also be stored at a different server. In this latter case, network document **202** references font package **304** using a corresponding tag. Accordingly, when network document **202** is downloaded to browsing computer **204**, font package **304** is also downloaded. In this description and in the claims, a file being "referenced" in a document means that downloading the document also causes downloading of the file such as through corresponding tags, such as embedded tags or object tags, or other computer executable instructions.

In addition to the creation of font package **304**, character packager **303** also creates instruction code **310**, depicted in FIG. 3A, that is either referenced by or embedded within network document **202**. Instruction code **310** comprises computer executable instructions that facilitate downloading onto browsing computer **204** an installation module **501**. As discussed below, installation module **501** is loaded onto server **203** (FIG. **2**) and comprises computer-executable instructions for automatically installing font package **304** on browsing computer **204** when browsing computer **204** requests network document **202**. In one embodiment, installation module **501** comprises an ACTIVEX® control. Instruction code **310**, in one embodiment, comprises a Multipurpose Internet Mail Extension (MIME) type which corresponds to the extension of the font package (e.g., ".TRZ"). The file name and relative path of installation module **501** are identified in instruction code **310** within a tag that indicates to the browser that installation module **501** is to be downloaded. In this regard, network document **202** references installation module **501** for downloading with network document **202**.

As depicted in FIG. **2**, once font package **304** and instruction code **310** have been included in network document **202**, network document **202** is loaded onto server **203** so as to accessible by browser computer **204** over network **206**. As mentioned above, also loaded onto server **203** is installation module **501**.

In contrast to the system depicted in FIG. 3A, it is appreciated that document builder **302** need not be included in developer application program **301**. This is because it is not necessary that character packaging occur concurrently

12

with the building of network document **202**. For example, as depicted in FIG. 3B, network document **202** is generated using a conventional document builder **308** that is completely separate from a developer application program **316**. Examples of document builder **308** include all standard and specially designed applications used for creating HTML documents. Once network document **202** is created, character packager **303** of developer application program **316** creates font package **304** as previously discussed above with regard to FIG. 3A. In yet another embodiment, network document **202** can be created on a separate computer and then loaded onto developer computer **201** where developer application program **316** is applied thereto.

Depicted in FIG. **5** is a flow chart showing the method of operation between browsing computer **204** and server **203**. Actions performed primarily by server **203** are listed in the left column while actions performed primarily by browsing computer **204** are listed in the right column. In an act **401**, browsing computer **401** navigates to network document **202** by generating a request for network document **202** and communicating the request to server **203** in accordance with a transport protocol such as, for example, HyperText Transport Protocol (HTTP). In general, browsing computer **204** navigates to network document **202** by either typing in the URL for network document **202** or activating a link thereto.

In act **402**, server **203** receives the request for network document **202**. In response to this request, server **203** downloads network document **202** to browsing computer **204** (act **403**). Network document **202** includes either directly or indirectly, such as through a reference, instruction code **310** and font package **304**. As such, instruction code **310** and font package **304** are downloaded with network document **202**.

In act **410**, browsing computer **204** receives and begins processing the computer executable instructions within network document **202**. In act **412**, browsing computer **204** processes instruction code **310** and requests installation module **501**. The request for installation module **501** can be automatic which automation can include a prompt. Server **203**, in act **414**, receives the request and downloads installation module **501** to browsing computer **204**. In turn, in act **416**, installation module **501** is installed on browsing computer **204**, such as an extension to one or more browsers. Again, the installation of installation module **501** can be automatic which automation can include a prompt. In turn, installation module **501** automatically makes font package **304** available to the operating system of browsing computer **204**.

FIG. **6** illustrates installation module **501** and surrounding elements that are emulated when computer-executable instructions are executed by the processor associated with browsing computer **204**. Once downloaded, installation module **501** communicates with a conforming browser **205**A of browsing computer **204** via, for example, function calls and returns. Conforming browser **205**A represents browsers that are able to communicate with installation module **501** without an intermediary module. For example, MICROSOFT Internet Explorer may communicate directly with an ACTIVEX® control without a plug in.

Installation module **501** also may communicate with non-conforming browser **205**B of browsing computer **204**. Non-conforming browser **205**B represents browsers that are not able to communicate with installation module **501** without an intermediate module. Accordingly, installation module **501** communicates with nonconforming browser **205**B via an intermediary adaptation module **504**. For example, if installation module **501** is an ACTIVEX control,

US 9,892,093 B1

13

some browsers such as NETSCAPE may not communicate directly with installation module **501**. In this case, adaptation module **504** may be, for example, a plug-in for NETS CAPE that translates function calls and returns. Thus, the present invention may be implemented with a wide variety of browsers.

It is appreciated that adaptation module **504** can be selectively downloaded from server **203** with installation module **501** based on the type of browser (conforming or non-confirming) requesting installation module **501**. Alternatively, adaptation module **504** can be incorporated into installation module **501** and thus always downloaded but only accessed when needed.

Browsers **205**A and/or **205**B can also determine whether installation module **501** has been previously downloaded to browsing computer **204**. If so, redundant downloading of installation module **501** may be avoided In addition, the MIME type used in requesting installation module **501** can also identify the desired version for installation module **501**. The browser can thus check the previously installed installation module **501** and if old, download the new version. With Internet Explorer, the version checking can be done by checking the HTML CODEBASE version specified. In NETSCAPE NAVIGATOR a special JAVASCRIPT code can be used to check the version number.

As depicted in FIG. **6**, once installed, installation module **501** also communicates with operating system **505** of browser computer **204**, thereby accessing all the wealth of resource offered by the operating system **505**.

As depicted in FIGS. **5** and **6**, in act **418**, to enable operating system **505** to access the formatting information within font package **304** the formatting information thereof is either permanently installed on or temporarily exposed to operating system **505**. Initially, as part of the installation process, installation module **501** first decompresses, if previously compressed, and deciphers, if previously encrypted, character objects **603** and font files **312** along with the header information contained within font package **304**. Once decompressed and deciphered, character objects **603** and font files **312** are automatically either permanently installed on or temporarily exposed to operating system **505** by installation module **501**. Temporary exposure may occur, for example, when it is desired to limit the use or life of the non-standard characters. Permanent installation can be used to allow perpetual unrestricted use of the non-standard characters.

To facilitate permanent installation, character objects **603** and corresponding referenced font files **312** are copied into the same directory as the other standard or permanent system fonts **508**. For example, permanent system fonts are typically stored in a system fonts directory. The system registry **509** is then updated to reflect the addition of the new permanent character objects **603** and corresponding font files **312**.

To facilitate temporary exposure, character objects **603** and font files **312** are copied into a temporary fonts directory **507**. Temporary fonts directory **507** may be located so as not to be directly accessible by a user. For example, character objects **603** and font files **312** can be copied into hidden temporary files. Virtual memory mapped files are used to enable operating systems **505** to access the hidden temporary files. Alternatively, character objects **603** and font files **312** can also be copied to virtual memory files. Once temporary fonts directory **507** is created, system font table **506** is updated to reflect the new temporary font files **312**. In one embodiment, the installed font files **312** are enumerated

14

in a virtual memory array to ensure that any existing fonts with the same name are not replaced.

Once installed or exposed, all of the currently running applications may be notified of new font files **312** via, for example, a standard WM_FONTCHANGE message with HWND_BROADCAST as the target message. Server **203** may be notified of the successful installation of character objects **603** and font files **312** via a callback to a JAVASCRIPT® function provided in HTML document **202**. In NETS CAPE NAVIGATOR, this notification may be accomplished via LIVE CONNECT®. In Internet Explorer this notification may be accomplished via an ACTIVEX® Component Object Model (COM).

Temporary fonts directory **507**, which contains character objects **603** and font files **312**, can be removed or at least become inaccessible through a variety of different mechanisms. For example, installation module **501** can be programmed to automatically delete character objects **603** and font files **312** via a JAVASCRIPT® control when the browser is turned off or when any other predefined act is performed, such as closing network document **202** or requesting another web page. Furthermore, due to the volatile nature of hidden temporary files and virtual memory mapped files, these files are either erased or become inaccessible to operating system **505** once browsing computer **204** is shut down or rebooted.

In act **420** of FIG. **5**, once font files **312** are enabled on browsing computer **204**, operating system **505** uses font files **312** to generate the display of network document **202** in the same form that it was originally created. One of the unique benefits of the present invention is that once font files **312** are enabled on browsing computer **204**, the characters within font files **312** can be used the same as any of the font characters originally loaded on browsing computer **204**. For example, the characters of font files **312** can be cut, pasted, printed and otherwise handled or manipulated, i.e., underlined, italicized, bolded, etc., just the same as originally loaded font characters. In turn, this increases efficient interapplication functionality. For example, the characters of font files **312** can also be copied and pasted to any other application being control by operating system **505**, for example, applications **510**a or **510**b as depicted in FIG. **6**.

The above described method is only one embodiment of the application of the present invention. By way of example and not by limitation, depicted in FIG. **7** is a network document **700** which is in HTML. Network document **700** can be posted on a server, attached to an e-mail, recorded on a computer disk or CD, or recorded on any other type of computer readable media which can be requested by or transferred to browsing computer **204** for opening by browser **205**.

Embedded within network document **700** or included by a linked reference is an application **706**. Application **706** can comprise any type of application program, application file, plugin, or ACTIVEX that generates or includes one or more display characters. Also embedded within network document **700** or included by a linked reference is a font package **704**. Font package **704** includes one or more font files which contain the formatting information necessary for the creation of the non-standard display characters of application **706**. If desired, character objects containing handling information can also be incorporated into font package **704**. In this embodiment, font package **704** may be created completely independent of application **706**.

In substantially the same manner as discussed above with regard to FIG. **5**, as browser **205** opens and begins processing network document **700**, instruction code **310** embedded

US 9,892,093 B1

15

therein requests installation module **501** which is downloaded by server **203**. In turn, installation module **501** either permanently installs or temporarily exposes the font files of font package **704** on browsing computer **204**. Accordingly, as application **706** is opened or run so as to generate the display characters thereof, the non-standard display characters are displayed in their intended configuration.

In yet another embodiment, as depicted in FIG. **8**, a network document **720** comprises an email. Typed directly on the email can be one or more display characters. Alternatively or in combination therewith, an application **730** can be attached to network document **720**. Application **730** can comprise any type of application program or file that generates or includes one or more display characters.

Also attached to network document **720** is an HTML document **722**. Embedded within HTML document **722** or included by reference is a font package **726**. Font package **726** includes one or more font files which contain the formatting information necessary for the creation of the non-standard display characters typed on the email and/or which are to be generated or included in application **730**.

During use, network document **720** is emailed to browsing computer **204** and opened thereon. In turn, HTML document **722** is selected and then opened by browser **205**. As above, as browser **205** processes HTML document **722**, instruction code **310** embedded therein requests installation module **501** which is downloaded by server **203**. In turn, installation module **501** either permanently installs or temporarily exposes the font files of font package **726** on browsing computer **204**. In turn, the nonstandard characters typed on the email body portion of network document **720** can be appropriately displayed. Furthermore, as application **706** is opened or run so as to generate display characters, the non-standard display characters can be displayed in their intended configuration.

The present invention also envisions that an HTML document containing a font package and instruction code **310** can also be delivered to browsing computer **204** completely separate from an HTML document, application program, or application file that contains corresponding non-standard display characters. That is, once font files are permanently installed or temporarily exposed on browsing computer **204**, an HTML document, application program, or application file that was either previously or subsequently loaded can be run or opened. The non-standard display character generated by the document, program, or file can then be appropriately displayed as a result of the loaded font files.

Thus, the principles of the present invention allow the operating system of a browsing computer access to non-standard characters when the browsing computer either retrieves off of the Internet or otherwise opens a network document or application that uses the non-standard characters. This allows the author of the electronic document or application to feel secure that no matter how unique the characters chosen to convey a message, the characters will be rendered on the browsing computer as the author intended. In addition, in one embodiment, the operating system can now use the nonstandard characters for copying and pasting across applications, as well as any other editing or printing that is enabled by the operating system, thus enhancing the functionality to the end user.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended

16

claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. An apparatus of a hand-held device for exposing a non-standard font of a network document to an operating system comprising:
   a processing unit;
   memory to store instructions that, when executed by the processing unit, cause the processing unit to:
   implement a browser for navigating to a network document of a website hosted at a website server;
   enable communication between the browser and the website server;
   provide access by the browser to the network document;
   generate a transmission for a request to a font server, based at least in part on the network document, to download a font file to the hand-held device, wherein the font file corresponds to a defined character or group of characters;
   receive at the hand-held device the font file from the font server, based at least in part on the request to download a font file to the hand-held device; and
   automatically expose at least a portion of the font file to an operating system on the hand-held device, to enable the operating system to render one or more of the defined character or group of characters, wherein an installation module is used to automatically expose the at least a portion of the font file to the operating system, and wherein the installation module copies the font file to a temporary font directory and updates a system font table of the operating system to include information about the font file.

2. The apparatus of claim **1**, wherein the apparatus is distinct from the web site server hosting the web site.

3. The apparatus of claim **2**, wherein the apparatus is distinct from the font server.

4. The apparatus of claim **3**, wherein the font file contains formatting information to render a non-standard display character.

5. The apparatus of claim **4**, wherein the operating system renders the non-standard display character.

6. The apparatus of claim **1**, wherein the browser automatically exposes the at least a portion of the font file to the operating system using at least in part one or more of: a plugin, a browser extension, or an Active X Control.

7. The apparatus of claim **1**, wherein the installation module copies the font file to a directory having other standard system fonts.

8. The apparatus of claim **1**, wherein upon exposing the font file to the operating system, one or more of the defined character or group of characters is available to one or more executing processes managed by the operating system.

9. The apparatus of claim **1**, further comprising instructions that, when executed by the processing unit, cause the processing unit to erase the font file or make the font file inaccessible.

10. A non-transitory computer-readable medium embodying instructions that, when executed by a processor perform operations comprising:
   enabling communication between a handheld device and a web site server by employing a browser application on the handheld device;
   accessing, by the handheld device, a network document of a web site hosted at the web site server;
   generating a transmission for a request to a font server, based at least in part on the network document, to

US 9,892,093 B1

17

download a font file to the handheld device, wherein the font file corresponds to a defined character or group of characters;

receiving at the handheld device the font file from the font server, based at least in part on the request to download the font file to the handheld device;

automatically exposing the font file to an operating system on the handheld device, wherein the automatically exposing the font file to the operating system is implemented using an installation module, and wherein the installation module copies the font file to a temporary font directory and updates a system font table of the operating system to include information about the font file; and

rendering on the handheld device, using the font file, one or more characters included in the network document.

**11**. The non-transitory computer-readable medium of claim **10**, wherein the browser application automatically exposes the font file to the operating system on the handheld device using at least in part one or more of: a plugin, a browser extension, or an Active X Control.

**12**. The non-transitory computer-readable medium of claim **11**, wherein the font file contains formatting information necessary to render a non-standard display character.

**13**. The non-transitory computer-readable medium of claim **12**, wherein the non-standard display character comprises one or more of: a discrete letter, a number, a symbol, a design, a mark, a sign, a figure, or text.

**14**. The non-transitory computer-readable medium of claim **10**, wherein the font file contains formatting information necessary to render a non-standard display character.

**15**. The non-transitory computer-readable medium of claim **14**, wherein the non-standard display character comprises one or more of: a discrete letter, a number, a symbol, a design, a mark, a sign, a figure, or text.

**16**. The non-transitory computer-readable medium of claim **10**, wherein the handheld device is distinct from the web site server hosting the web site; and wherein the handheld device is distinct from the font server.

18

**17**. The medium of claim **10**, wherein the operations further comprise erasing the font file or making the font file inaccessible.

**18**. A computer-implemented method comprising:

enabling communication between a handheld device and a web site server employing a browser on the handheld device;

accessing, by the handheld device, a network document of a web site hosted at the web site server;

generating a transmission for a request to a font server, based at least in part on the network document, to download a font file to the handheld device, wherein the font file corresponds to a defined character or group of characters;

receiving at the handheld device the font file from the font server, based at least in part on the request to download the font file to the handheld device;

automatically exposing at least a portion of the font file to an operating system of the handheld device, wherein an installation module is used to automatically expose the at least a portion of the font file to the operating system, and wherein the installation module copies the font file to a temporary font directory and updates a system font table of the operating system to include information about the font file; and

rendering, by an operating system on the handheld device that accesses the font file, one or more characters included in the network document using the information in the font file.

**19**. The computer-implemented method of claim **18**, wherein the font file contains information for rendering a non-standard display character.

**20**. The computer-implemented method of claim **18**, wherein the web site server and the font server comprise a single server.

**21**. The method of claim **18**, further comprising erasing the font file or making the font file inaccessible.

\* \* \* \* \*