**CT Corporation**

**Service of Process Transmittal**
06/22/2021
CT Log Number 539777665

TO: Michael Cianfrani
Coinbase, Inc
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111-5235

RE: **Process Served in Texas**

FOR: Coinbase, Inc (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | RE: Modern Font Applications LLC // To: Coinbase, Inc. |
| DOCUMENT(S) SERVED: | |
| COURT/AGENCY: | None Specified<br>Case # None Specified |
| NATURE OF ACTION: | Letter of Intent |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/22/2021 postmarked: "Not Post Marked" |
| JURISDICTION SERVED: | Texas |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-539-8692 |



# Service of Process Transmittal
06/22/2021
CT Log Number 539777665

**TO:** Michael Cianfrani
Coinbase, Inc
100 PINE ST STE 1250
SAN FRANCISCO, CA 94111-5235

**RE:** **Process Served in Texas**

**FOR:** Coinbase, Inc  (Domestic State: DE)

CorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



MODERN FONT APPLICATIONS LLC
299 S. Main Street, Suite 1300
Salt Lake City, UT  84111

7020 1290 0000 7920 8612

COINBASE, INC.
**Attn: Legal Department**
c/o
C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TX 75201

**MODERN FONT APPLICATIONS LLC**
299 S. Main Street, Suite 1300
Salt Lake City, UT 84111
Email: Licensing@ModernFontApps.com
(385) 238-6688

JUNE 2021

**Attn: Legal Department**
Coinbase, Inc.
c/o C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TX 75201

Dear Sir or Madam,

Please consider this letter as formal notice that Coinbase, Inc. ("you") are infringing Modern Font Applications LLC's ("MFA") patent(s), as set forth below. MFA is writing to offer you the opportunity to resolve your infringement by taking a license to MFA's patents.

You are infringing at least claims 1, 6, and 11 of MFA's U.S. Patent No. 9,886,421 (the "421 patent") in the state of Texas (and likely other states), at least through your Coinbase – Buy & Sell Bitcoin application for iOS devices (including version 9.21.3 released April 26, 2021) and your Coinbase – Buy & Sell Bitcoin. Crypto Wallet application for Android devices (including version 9.20.4 released April 26, 2021). Other unlicensed applications employing technology similar to the identified application(s) are also likely to infringe. To the extent that your employees use other unlicensed applications that include non-standard fonts while performing the duties of their employment, that use of such applications may also infringe the 421 patent.

MFA's 421 patent provides the technical disclosure needed for including non-standard fonts in, for example, the applications identified above as infringing and to use those fonts for rendering characters when the identified applications are used. Your identified application for iOS, for example, includes at least the following non-standard font(s): Graphik, Inter, Coinbase Icons. When the identified application is operated, these fonts are used to render characters such as: "Create your account", "Are you sure you don't want to create a new account?", "Sign in to Coinbase", etc. Your application and use of your application result in infringement of the 421 patent.

You are infringing at least claims 1 and 26 of MFA's U.S. Patent No. 8,522,127 (the "127 patent") and claims 1, 10, and 18 of MFA's U.S. Patent No. 9,892,093 (the "093 patent") in the state of Texas (and likely other states), at least through your website at the domain name coinbase.com (including the home page as available on April 27, 2021). Other unlicensed websites employing technology similar to the identified website(s) are also likely to infringe. To the extent that your employees use other unlicensed websites that use web fonts while performing the duties of their employment, that use of such websites are likely to infringe the 127 patent and the 093 patent.

MFA's 127 patent and 093 patent provide the technical disclosure needed for including web fonts in, for example, the website(s) identified above as infringing and to use those fonts for rendering characters when the identified

website(s) are used. Your identified website, for example, includes at least the following font(s): Graphik. When the identified website is operated, these fonts are used to render characters such as: "Jump start your crypto portfolio", "Create your cryptocurrency portfolio today", "The most trusted cryptocurrency platform", "Get started in a few minutes", etc. Your website and use of your website result in infringement of the 127 patent and the 093 patent.

MFA is also the exclusive licensee of other related patents directed to similar technologies. Further related patent applications are pending and may issue in the near future. If you desire to review them further, you can retrieve a copy of any of the patents listed herein from the United States Patent and Trademark Office website by entering the patent number at http://patft.uspto.gov/netahtml/PTO/srchnum.htm.

At least as early as June 2018, MFA complied with 35 U.S.C. §287 and provided constructive notice of MFA's 421 patent and its other patents, including adding each patent to the marking at or about the date of issuance. Thus, infringement damages have been accruing since at least June 2018.

MFA prefers to resolve such infringement through licensing so that both you and MFA can avoid the expense and inconvenience of a patent infringement lawsuit. However, where necessary, MFA has brought patent infringement lawsuits against several companies in various industries. These include the following:

- MFA v. Jo-Ann Stores (terminated)
- MFA v. Nordstrom (terminated)
- MFA v. BJ's Restaurants (terminated)
- MFA v. Nebraska Furniture Mart (terminated)
- MFA v. Allegiant (airline) (terminated)
- MFA v. Dine Brands (a.k.a. IHOP) (pending appeal)
- MFA v. Petco Animal Supplies Stores (terminated)
- MFA v. Chick-Fil-A (terminated)
- MFA v. Grainger (terminated)
- MFA v. DKT Investments (regarding Whataburger app) (terminated)
- MFA v. Love's Travel Stops (terminated)
- MFA v. Zumiez (terminated)
- MFA v. Alaska Airlines (pending appeal)
- MFA v. El Pollo Loco (terminated)
- MFA v The Habit Restaurants (terminated)
- MFA v Dominos Pizza (terminated)
- MFA v PetSmart (pending appeal)
- MFA v Red Lobster (filed May 2021)

If you are willing to enter a license with MFA without the need for litigation, the license can be available to you at a lower cost. If MFA is forced to incur costs in litigation, any resulting license will take such costs and court proceedings into account. Accordingly, we urge you to promptly respond to this letter to discuss a license with MFA. Failure to consider this letter or respond is likely to increase the chances that a court will deem your infringement to be willful and deem the case exceptional under the patent statutes (for example, 35 U.S.C. §§ 284, 285). Such determinations often result in a court award of up to three times (3X) the amount of damages, as well as an award of attorneys' fees and costs.

Also, please be advised that MFA is entitled to collect damages for patent infringement for a period of up to six years prior to the date that it files a lawsuit, under the patent statutes (for example, 35 U.S.C. §286). Most of MFA's patents are not scheduled to expire until mid-2021, and at least one will not expire until late 2026. Thus, MFA will be entitled to file a lawsuit at any time until mid-2027 on most patents (and until late 2032 on at least one patent) to seek such damages. Because you are now on notice of your infringement and the possibility of litigation absent a license agreement, we encourage you to preserve all records relating to your infringement to avoid sanctions for spoiling evidence in case a lawsuit becomes necessary. With respect to the 421 patent, you should preserve all evidence related to infringement, including all versions of your source code and application as well as all advertising, promotional, and marketing materials related to the application. With respect to the other patent(s) you should preserve code and other evidence relevant to infringement. You should also preserve all analyses in which you considered the value of the identified products or services in any sense (including dollar value, good will, customer relations, etc.). You should also preserve all evidence showing all revenues related to the use of the products or services and all evidence showing how many users used each version of your products and services and all statistics related to such use. Additionally, you should preserve evidence relating to all other handheld device applications (whether created by you or others) and all other websites, implicated emails, and ebooks that any of your employees uses to perform their work duties and evidence showing how often such products and services are used, e.g., how often handheld device applications are used (for example, through regularly preserving for each employee the "Last Used" date shown in iOS devices in the Settings->General->iPhone Storage menu and similar data from Android and other devices); such information is not public, but is information that MFA will be entitled to discover if a lawsuit is necessary. This information should be collected and preserved either until a license is agreed upon or through mid-2027 for most patents and until late-2032 for the later-expiring patent.

MFA's standard practice in negotiating licenses is to enter into a non-disclosure agreement ("NDA") so that you and MFA can both enter into discussions openly without either party in fear of having confidential information revealed. To that end, a draft of MFA's standard, simple form NDA is attached for your review. MFA is willing to consider minor modifications to this agreement, but not wholesale changes.

Please respond to this letter (preferably by email to licensing@modernfontapps.com) within 3 weeks and indicate whether you would prefer to resolve the patent infringement through a license. At the same time, please email a scanned, signed, and dated copy of the NDA or indicate your proposed revisions to the NDA.

Sincerely,

*[signature]*

**Andrew Oliver**


Attachments:

    Appendix A – Utah disclosures

Appendix B – Non-Disclosure Agreement

Appendix A – Disclosures Pursuant to Utah Code

Pursuant to Utah Code related to patent infringement letters, MFA makes the following disclosures.

MFA is the exclusive licensee of the following patents, with the sole right to grant sublicenses to the following patents:

> U.S. Patent No. 10,963,622
> U.S. Patent No. 10,878,172
> U.S. Patent No. 10,810,355
> U.S. Patent No. 10,102,184
> U.S. Patent No. 9,892,093
> U.S. Patent No. 9,886,421
> U.S. Patent No. 9,405,735
> U.S. Patent No. 8,522,127

If you desire to review them, you can retrieve copies of each of MFA's patents from the U.S. Patent and Trademark Office website by entering the patent number at http://patft.uspto.gov/netahtml/PTO/srchnum.htm. Multiple pending patent applications are related to these patents, and MFA expects that additional patents will issue in the near future.

Upon information and belief, the patents identified above are currently owned by Clantech, Inc. As of the last time that MFA checked the records of the Utah Division of Corporations and Commercial Code, Clantech, Inc.'s registered address was 854 Rocky Mouth Ln., Draper, UT 84020. Clantech, Inc. does not have the right to enforce or license these patents.

The entity having the right to enforce or license the patents is Modern Font Applications LLC ("MFA"). MFA's address is 299 S. Main St., Suite 1300, Salt Lake City, UT 84111. MFA can also be contacted by email directed to Licensing@modernfontapps.com.

MFA does not have authoritative knowledge of the persons or entities holding a controlling interest in Clantech, Inc.

The infringed claims include at least claim 1 and any additional claims identified in the letter to which this appendix is attached.

The description of one or more infringing products is set forth in the letter to which this appendix is attached.

MFA is not aware of any pending administrative proceeding related to any of the patents identified above. MFA is aware of the judicial proceedings listed in the table on the following page in which at least one of the patents identified above has been involved.

Appendix A – Disclosures Pursuant to Utah Code

| Case Name | Case Number | United States District Court for the | Status | Patent(s) |
|---|---|---|---|---|
| MFA v. Jo-Ann Stores | 2:18-cv-658 | District of Utah | terminated | 9,886,421 |
| MFA v. Nordstrom | 4:18-cv-618 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. BJ's Restaurants | 6:18-cv-444 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. Nebraska Furniture Mart | 6:18-cv-446 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. Allegiant Travel Company | 2:18-cv-649 | District of Utah | terminated | 9,886,421 |
| MFA v. Dine Brands (IHOP) and Peak Restaurant Partners (d.b.a. IHOP) | 2:19-cv-221 | District of Utah | Pending appeal | 9,886,421 |
| MFA v. W.W. Grainger | 2:19-cv-214 | District of Utah | terminated | 9,886,421 |
| MFA v. Petco Animal Supplies Stores | 2:19-cv-213 | District of Utah | terminated | 9,886,421 |
| MFA v. Chick-Fil-A and Smith | 2:19-cv-211 | District of Utah | terminated | 9,886,421 |
| MFA v. DKT Investments | 6:19-cv-233 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. Love's Travel Stops and Country Stores | 6:19-cv-234 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. Zumiez | 6:19-cv-235 | Eastern District of Texas | terminated | 9,886,421 |
| MFA v. Alaska Airlines | 2:19-cv-561 | District of Utah | Pending appeal | 9,886,421 |
| MFA v. El Pollo Loco | 8:19-cv-1699 | Central District of California | terminated | 9,886,421 |
| MFA v. The Habit Restaurants | 8:19-cv-1660 | Central District of California | terminated | 9,886,421 |
| MFA v. Dominos Pizza | 2:19-cv-614 | District of Utah | terminated | 9,886,421 |
| MFA v. PetSmart | 2:19-cv-613 | District of Utah | Pending appeal | 9,886,421 |
| MFA v. Red Lobster | 6:21-cv-470 | Western District of Texas | Filed May 2021 | 9,886,421 |

Appendix B – Standard Non Disclosure Agreement

**INSTRUCTIONS: Please print your company's complete registered name in the blank on the first line of the first page. On the second page, please sign, print your name, print your title, and print the date in the appropriate places as labeled.**

It is understood and agreed to that **Modern Font Applications LLC** ("MFA") and _____

(<em>print company's complete registered name above</em>)

("Company"), collectively the ("parties") to this Agreement would each like to provide the other with certain information that is considered confidential. To ensure the protection of such information and in consideration of the agreement to exchange said information, the parties agree as follows:

1. The confidential information to be disclosed under this Agreement ("Confidential Information") can be described as and includes:

Invention description(s), technical and business information relating to proprietary ideas and inventions, ideas, patentable ideas, trade secrets, drawings and/or illustrations, infringement or invalidity analyses or assertions (including claim construction analysis, file history analysis, or technical analysis supporting such analyses or assertions, as well as the manner in which such analyses were performed), patent searches, existing and/or contemplated products and services, research and development, production, costs, profit and margin information, finances and financial projections, customers, clients, marketing, and current or future business plans and models, target list, proposed sale or licensing terms, any information relating to the sale or licensing of intellectual property assets or any non-public information regarding MFA regardless of whether such information is designated as "Confidential Information" at the time of its disclosure.

2. The parties shall not disclose Confidential Information to a third party without the written consent of the party whose Confidential Information will be disclosed. This prohibition on disclosure includes a prohibition on using any information obtained under this Agreement in any document filed in or any argument in any court or administrative body or agency. Such information may be filed under seal only with respect to a claim for breach or threatened breach of this agreement. Company agrees not to disclose to MFA any information that MFA may be required to disclose to the U.S. Patent and Trademark Office ("USPTO") under 37 C.F.R. §1.56 or similar disclosure requirements, and if Company discloses such information to MFA, such disclosure constitutes permission to publicly disclose that information to the USPTO.

3. This Agreement imposes no obligation upon the parties with respect to any Confidential Information that: (a) is a matter of public knowledge; or (b) is rightfully received from a third party not owing a duty of confidentiality.

4. The parties warrant that they have the right to make the disclosures under this Agreement.

5. The terms of this Agreement are Confidential Information, but the fact of the existence of this Agreement is not Confidential Information. The parties may share information with each other that is covered by the attorney-client privilege, work product immunity, or other privileges and immunities. This Agreement memorializes the parties' understanding that any such communications are covered by a community of interest that exists between them.

6. No license or conveyance of any intellectual property rights is granted or implied by this Agreement.

7. If there is a breach or threatened breach of any provision of this Agreement, it is agreed and understood that the non-breaching party shall have no adequate remedy in money or other damages and accordingly shall be entitled to and may seek injunctive relief from any court of competent jurisdiction; provided however, no specification in this Agreement of any

Appendix B – Standard Non Disclosure Agreement

particular remedy shall be construed as a waiver or prohibition of any other remedies in the event of a breach or threatened breach of this Agreement.

8. This Agreement states the entire agreement between the parties concerning the disclosure of Confidential Information and supersedes any prior agreements, understandings, or representations with respect thereto. Any addition or modification to this Agreement must be made in writing and signed by authorized representatives of both parties. This Agreement is made under and shall be construed according to the laws of the State of Utah, U.S.A. As to any dispute, the parties expressly consent and agree to exclusive personal jurisdiction in any state or federal court in Salt Lake County, Utah, U.S.A., and hereby waive any challenges to venue in such court.

9. If any of the provisions of this Agreement are found to be unenforceable, the remainder shall be enforced as fully as possible and the unenforceable provision(s) shall be deemed modified to the limited extent required to permit enforcement of the Agreement as a whole.

**WHEREFORE**, the parties acknowledge that they have read and understand this Agreement and voluntarily accept the duties and obligations set forth herein, and the undersigned represent and warrant that they have authority to bind the respective parties to this Agreement.

Modern Font Applications LLC

By: _____
Signature

Name (printed):

Date:

For Company

By:_____
    Signature

Name (printed):

Title (printed):

Date: